IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PAUL RONALD SABO,                )
                                 )   Civil Action No. 04 - 717
            Plaintiff,           )
                                 )   Judge Gary L. Lancaster
      vs.                        )
                                 )
DAVID L. PATTERSON,              )
                                 )
            Defendant.           )

**ORDER**

Plaintiff initiated this action by filing a Motion to Proceed In Forma Pauperis (doc. no. 1) on May 12, 2004. The Court granted the motion (doc. no. 2) and ordered the Clerk of Court to file Plaintiff's Complaint (doc. no. 3).

On May 23, 2005, the Court ordered Plaintiff to file a statement with the Clerk of Court indicating whether he wished to proceed with this lawsuit. On June 10, 2005, Plaintiff filed a Statement indicating that he did wish to proceed with this lawsuit.

For reasons unknown, the Complaint in this action was not served following the receipt of Plaintiff's statement. Moreover, through no fault of Plaintiff, the Court now is unable to locate the file that contains the record in this action. Thus, the Court is unable to order service of the Complaint. In light of these circumstances, the Court must require Plaintiff to send the Clerk of Court another copy of his Complaint or

submit an amended complaint in order to allow it to adjudicate his claims. An appropriate order follows.

**AND NOW** this 13th day of April, 2007,

**IT IS HEREBY ORDERED** that Plaintiff provide the Court with a copy of his original Complaint or an amended complaint by April 27, 2007. Failure to provide the Court with a copy of the Complaint or an amended complaint will result in dismissal of this action.

Gary L. Lancaster
United States District Judge

cc:     Paul Ronald Sabo
        1364 Sixth Street
        Westmoreland City, PA  15692

2